IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02118-MEH

RUBEN ARROYO,

    Plaintiff,

v.

PHILLIP HOCKENBERGER, and
DOES 1-10,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(i) [filed September 4, 2014; docket # 5]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 4th day of September, 2014.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge